UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Zachary Seals

                              Plaintiff,

v.                                                     Case No.: 1:17–cv–01965
                                                           Honorable Gary Feinerman

Lend Lease Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff has filed a notice of voluntary dismissal [5], the terms of which are set forth therein. Status hearing set for 4/4/2017 [4] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.